IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANTE D. PHEARSE,<br>(Reg. #43659379)<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIEUTENANT D. YEAGER, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-15-2320<br>§<br>§<br>§<br>§ |

**MEMORANDUM ON TRANSFER**

The plaintiff, Dante D. Phearse, is a federal prisoner proceeding *pro se*. He brings this action against prison officials who reside in Jefferson County, Texas. Phearse sues these officials for violations of civil rights which occurred at the United States Penitentiary in Beaumont, where he is confined and which is located in Jefferson County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Eastern District of Texas, Beaumont Division. 28 U.S.C. §§ 1391, 1404(a).

Phearse's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED on August 24, 2015, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge